IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELIZABETH M. CHAMBLESS                                                PLAINTIFF

v.                           CIVIL NO. 08-2024

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

## JUDGMENT

Now on this 31st day of March 2009, comes on for consideration the Report and Recommendation dated March 10, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 3 1 2009

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

AO72A
(Rev. 8/82)